No. 175. HERMAN A. UIHLEIN, AUGUST E. UIHLEIN, GEORGE UIHLEIN ET AL. *v.* STATE OF WISCONSIN, NEELE B. NEELEN, PUBLIC ADMINISTRATOR OF MILWAUKEE COUNTY, ET AL. Error to the Supreme Court of the State of Wisconsin. Submitted October 27, 1926. Decided November 1, 1926. *Per Curiam.* Reversed on the authority of *Schlesinger* v. *Wisconsin,* 270 U. S. 230. *Messrs. Edwin S. Mack, George P. Miller,* and *Arthur W. Fairchild* for plaintiffs in error. *Messrs. Herman L. Ekern* and *Franklin E. Bump* for defendants in error.